FILED'09 SEP 10 11:48USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 09.30041.PA |
| | ) | |
| Plaintiff, | ) | INFORMATION |
| | ) | |
| v. | ) | 36 C.F.R. 261.10(p) |
| | ) | |
| CLIFFORD R.  TRACY, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1

On or about September 9, 2009, in the District of Oregon, defendant CLIFFORD R.

TRACY did unlawfully and knowingly use or occupy National Forest System land by excavating

soil and/or conducting mining operations, without an approved operating plan when such

authorization was required, all in violation of 36 C.F.R. § 261.10(p) and 36 CFR § 228.4(a)(3).

Dated this 10th of September, 2009.

KENT S.  ROBINSON
Acting United States Attorney

*Douglas W. Fong*

Douglas W.  Fong
Assistant U.S. Attorney

**AFFIDAVIT OF PROBABLE CAUSE**

I, Sean Thomas, being first duly sworn, depose and say the following:

This affidavit is made in support of probable cause to arrest **Clifford R. Tracy** for violations of 36 CFR 261.10(p) on September 9th, 2009 on National Forest System lands in the vicinity of Forest Road 4612 058 and Sucker Creek, Josephine County, Oregon.

I am a Law Enforcement Officer with the United States Department of Agriculture, Forest Service and have been so employed since February, 2003, with fifteen years total law enforcement experience.

I have specialized training in Land Management Law Enforcement and have been involved in a wide variety of criminal investigations and incidents of illegal activities occurring on National Forest administered lands.

**FACTS**

On September 3rd, 2009, at approximately 1000 hours I received a telephone call from US Forest Service Capt. Brinkley advising me that a miner in the area of Sucker Creek had caused substantial damage to Forest Service land, and the person did not have an operating plan to cover his mining activities.

I responded to the Wild Rivers Ranger Station, located in Cave Junction, OR. I met with the minerals personnel for the Rogue River – Siskiyou National Forest. Karla Gallegos, the mining administrator for the forest advised me that on Wednesday September 2nd, 2009, in the morning hours, she went to Forest Road 4612 (Sucker Creek Rd.), and then down the 058 spur, taking the left fork and then up the creek for a distance. Mrs. Gallegos had received a report of substantial mining activity in this area, and was aware there was no operations plan for this claim. The mining claim in

1-- AFFIDAVIT OF OFFICER SEAN THOMAS

question is the Tracy Placer mining claim.  Mrs. Gallegos stated she observed several dump trucks, an excavator, and other mining equipment.  A hole had been dug into the ground near Sucker Creek and a dredge was in the hole.  Mrs. Gallegos stated a person was present at the mining claim named Clifford Tracy.  Mrs. Gallegos was familiar with Mr. Tracy.  Mr. Tracy was uncooperative and refused to stop mining when directed to do so.  Mrs. Gallegos states she observed Mr. Tracy spreading rock on a freshly build access road to the claim.  Mrs. Gallegos stated she had been to this location about a month prior and there had been substantial mining improvements and significant ground disturbance in that period of time.  Mrs. Gallegos stated there was no operating plan to cover the mining activities she had witnessed.  Mrs. Gallegos stated numerous trees had been felled, with one being over 40 inches in diameter breast height.

I responded to the mining claim with Mrs. Gallegos and observed the aforementioned disturbance to the land, and also located another hole dug with water in it, and another dredge in the bottom.  I also observed significant sedimentary discharge into the creek, which was clouding Sucker Creek.  Mr. Tracy was not present.

On September 4th, 2009 at approximately 1850 hours myself, Capt. Brinkley and several other officers went to 2534 Holcomb Springs Rd., Gold Hill, OR.  We contacted Mr. Clifford Tracy and issued him a violation notice for a violation of 36CFR261.6(a) – Cutting timber without a permit, and 36CFR261.10(p) – Mining without a permit, when required.  Mr. Tracy was told to cease mining until he obtained an operating plan.  Mr. Tracy admitted causing the previously mentioned ground disturbance and also admitted cutting down the large diameter tree.  Mr. Tracy indicated that the Forest Service

2-- AFFIDAVIT OF OFFICER SEAN THOMAS

1  officers had no authority to tell him to stop mining, and that he would not cease his

2  mining operations unless directed to do so by a judge.

3      On September 9th, 2009 at approximately 1200 hours I went to the Tracy Placer

4  mining claim.  I observed Mr. Tracy engaging in mining activity.  Mr. Tracy and another

5  individual were in the process of removing more rock and sediment from the previously

6  mentioned pit, and the rock pile next the pit had freshly dug, wet rock.  They were using

7  the excavator to remove material from the pit.  The pile of rock was also taller.  I

8  watched this activity for approximately 20 minutes and then departed.

9      I reported the activity to Capt. Brinkley and was advised we would be arresting

10  Mr. Tracy for a violation of 36CFR261.10(p).  At approximately 1726 hours I affected a

11  traffic stop of Mr. Tracy, and took him into custody.  Mr. Tracy was read his Miranda

12  rights, but made no statement.  I spoke with Mr. Richard Maynard, the person I had

13  seen mining with Mr. Tracy earlier in the day.  Mr. Maynard stated they had arrived

14  around dawn and began mining.  Mr. Maynard stated they had widened the hole using

15  the excavator, and had been dredging and sifting in the hole all day.  Mr. Maynard

16  stated both he and Mr. Tracy had been engaged in this activity.

17

18                      1727

19                  Sean Thomas

                    Law Enforcement Officer

20                  USDA Forest Service Law Enforcement and

                    Investigations

21  Sworn before me on

22  September 10, 2009

23

24

                                Magistrate Judge

                                  Mark Clarke