AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
FILED 09 SEP 15 12:11 USDC-ORM

for the

District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 09-CR-30041-PA |
| CLIFFORD TRACY | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     CLIFFORD TRACY                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☑ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

36 CFR 261.10(a) MINING WITH OUT OPERATING PLAN

Date: 09/09/2009

City and state:   Medford, Oregon

Mark D. Clarke, Magistrate Judge

NUNC PRO TUNC

### Return

This warrant was received on *(date)*  9/15/09  , and the person was arrested on *(date)*  9/9/09
at *(city and state)*  Gold Hill, OR  .

Date:  9/15/09

Omar A. Ampie (for U.S. Forest Service)
Arresting officer's signature

Omar A. Ampie, Deputy U.S. Marshal
Printed name and title