**KENT S. ROBINSON**
Acting United States Attorney
District of Oregon
**NEIL J. EVANS**
Oregon State Bar No. 96551
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Facsimile: (503) 727-1117
Email:  neil.evans@usdoj.gov
    Of Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. CR 09-30041 PA |
| v. | |
| **CLIFFORD R. TRACY,** | **UNOPPOSED MOTION TO PARTIALLY STRIKE A CITATION IN THE INFORMATION** |
| Defendant. | |

The United States of America, by Kent S. Robinson, Acting United States Attorney, through Neil J. Evans, Assistant United States Attorney, hereby moves to strike the citation to "(a)(3)" in the citation to 36 C.F.R. § 228.4(a)(3) contained in the Information.  This motion is not opposed by the Defendant.

The 36 C.F.R. Section 228 citation is a reference to the applicable mining regulations, not the criminal statute alleged to have been violated.  The citation to subsection "(a)(3)" is unnecessarily specific to one subsection.  The government's trial brief requests that the court take

**Page 1 -**    Unopposed Motion to Partially Strike a Citation in the Information
          *United States of America v. Clifford R. Tracy*; CR 09-30041 PA

judicial notice of the entire Subpart A, Section 228.  Thus, striking "(a)(3)" from the Information does not affect the crime charged and makes more clear the applicable mining regulations.

DATED this 30th day of October, 2009.

                    KENT S. ROBINSON
                    Acting United States Attorney
                    District of Oregon

                    *Neil J. Evans*
                    NEIL J. EVANS
                    Assistant United States Attorney
                    Oregon State Bar No. 96551
                          Attorneys for Plaintiff