KENT S. ROBINSON
Acting United States Attorney
District of Oregon
NEIL J. EVANS
Oregon State Bar No. 96551
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Facsimile: (503) 727-1117
Email:  neil.evans@usdoj.gov
       Of Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. CR 09-30041 PA |
| v. | **STIPULATED EXHIBIT LIST** |
| **CLIFFORD R. TRACY,** | |
| Defendant. | |

    The United States of America, by Kent S. Robinson, Acting United States Attorney, through Neil J. Evans, Assistant United States Attorney, and Brian Butler, attorney for Defendant Clifford R. Tracy, hereby submit the following stipulated exhibit list.

| | |
|---|---|
| | Trial Exhibit List United States of America v. Clifford Tracy |
| Ex. # | Description |
| 1 | Letter to Clifford Tracy from Mary Zuschlag, District Ranger, dated 3/15/1996 |
| 2 | Plan of Operations for Mining Activities on National Forest Lands |
| 3 | General Operating Procedure and Description (handwritten) |
| 4 | Letter to Clifford Tracy from Mary Zuschlag, District Ranger, dated 4/22/1996 |
| 5 | Letter to Clifford Tracy from Pamela Bode, District Ranger, dated 7/22/2004 |
| 6 | Plan of Operations for Mining Activities on National Forest Lands, dated 1/14/05 |
| 7 | Letter to Clifford Tracy from Pamela Bode, District Ranger, dated 2/22/05 |
| 8 | Letter to Clifford Tracy from Joel King, District Ranger, dated 5/25/07 |
| 9 | Certified Letter Receipt (5/25/07 letter), dated 5/30/07 |
| 10 | Letter to District Ranger Joel King from Clifford Tracy, dated 1/1/09 |
| 11 | Letter to Clifford Tracy from Joel King, District Ranger, dated 1/16/09 |
| 12 | Letter to District Ranger Joel King from Clifford Tracy, dated 7/1/09 |
| 13 | Certified Letter Receipt (7/1/09 letter), dated 7/2/09 |
| 14 | Letter to District Ranger Joel King from Clifford Tracy, dated 7/13/09 |
| 15 | Email from Joel King re: conversations with Clifford Tracy, dated 7/13/09 |
| 16 | Certified Letter Receipt (7/13/09 letter), dated 7/14/09 |
| 17 | Letter to Clifford Tracy from Joel King, District Ranger, dated 9/3/09 |
| 18 | Photograph of Spur Road, Exhibit A (9/10/09 Gallego's Declaration) |
| 19 | Photograph of cut tree on Spur Road, Exhibit B (9/10/09 Gallego's Declaration) |
| 20 | Photograph of Spur Road, Exhibit C (9/10/09 Gallego's Declaration) |
| 21 | Photograph of warning, Exhibit D (9/10/09 Gallego's Declaration) |
| 22 | Photograph of mining access, Exhibit E (9/10/09 Gallego's Declaration) |

**Page 2 -**     **Stipulated Exhibit List**
      *United States of America v. Clifford R. Tracy*; CR 09-30041 PA

| | |
|---|---|
| 23 | Photograph of mining access, Exhibit F (9/10/09 Gallego's Declaration) |
| 24 | Photograph of creek, Exhibit G (9/10/09 Gallego's Declaration) |
| 25 | Photograph of mining site, Exhibit H (9/10/09 Gallego's Declaration) |
| 26 | Photograph of dredge pumping, Exhibit I (9/10/09 Gallego's Declaration) |
| 27 | Photograph of dredge pumping, Exhibit J (9/10/09 Gallego's Declaration) |
| 28 | Photograph of Tracy, Exhibit K (9/10/09 Gallego's Declaration) |
| 29 | Photograph of Spur Road, Exhibit L (9/10/09 Gallego's Declaration) |
| 30 | Photograph of Tracy Placer Crossing, Exhibit M (9/10/09 Gallego's Declaration) |
| 31 | Mining site and CVB citations of Defendant Tracy |
| 32 | Sean Thomas Affidavit of Probable Cause |

DATED this 30th day of October, 2009.

KENT S. ROBINSON
Acting United States Attorney
District of Oregon


 *Neil J. Evans* 
NEIL J. EVANS
Assistant United States Attorney
Oregon State Bar No. 96551
Attorneys for Plaintiff