UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

UNITED STATES OF AMERICA,

    v.                                      District Court Case No: CR  09-30041

CLIFFORD R. TRACY                        District Court Trial Judge: PANNER

        Defendant.

**NOTICE OF APPEAL**

(a)     Notice of Appeal: Notice is given to the United States Court of Appeals for the Ninth Circuit that Defendant Clifford R. Tracy appeals from the following:

    __X__   Conviction only

    ____   Conviction and Sentence

    ____   Sentence only

    ____   Order (Specify title, nature and date of entry of the order appealed from)

_____.

(b)     Sentence Imposed: 12 months probation

(c)     Bail Status:

ENTERED on behalf of the defendant: This 24th day of November, 2009.

_____    /s/ BRIAN C. BUTLER_____
Deputy Clerk                                      Counsel for Appellant
=====================================================

Is a Transcript Required on Appeal? __X__ Yes ____ No

Name of Court Reporter: TERRY R. THOMPSON

Note: If transcript is required, Appellant's counsel must complete the Transcript Order Form (CA 9-036) and make appropriate financial arrangements with the court reporter.

cc: AUSA _____